

**ORDERED in the Southern District of Florida on December 1, 2020.**

*Laurel M. Isicoff*
**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

Minely Rivero Guerrero                     Case No 20-22350-LMI
                                           Chapter 7

_____Debtor_____/

### ORDER GRANTING EX-PARTE MOTION TO CORRECT DEBTOR'S SOCIAL SECURITY NUMBER IN THE DOCKET

**THIS MATTER having** come upon Ex-Parte Motion to Correct Debtor's Social Security Number in the Docket, and the parties having agreed and the Court having reviewed the file, IT IS;

**ORDERED AND ADJUDGED**;

1. Motion is Granted.
2. The clerk is direct to correct social security number on the docket.
3. The case shall proceed in its normal course

###

Attorney Robert Sanchez, Esq. is hereby directed to mail a conformed copy of this order to all affected parties